■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL PARKER, Appellant.—Judgment unanimously reversed, on the law and facts, and new trial granted. Memorandum: Defendant's confession which was obtained outside the presence of counsel after the filing of a felony complaint and the issuance of an arrest warrant should be suppressed *(People v Samuels,* 49 NY2d 218). The claim that defendant was deprived of counsel may be raised for the first time on appeal *(People v Samuels, supra,* p 221). Although the defendant was arrested pursuant to a warrant issued following the filing of the felony complaint on October 27, 1977, *People v Samuels (supra),* decided on January 15, 1980, must be given retroactive application (see *People v Cullen,* 50 NY2d 168; see, also, *People v Bell,* 50 NY2d 869). (Appeal from judgment of Monroe County court—manslaughter, first degree.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ DAVID R. MONACELLI, by His Guardian Ad Litem, EVA J. ADAMS, et al., Respondents, v ALBERT V. ARMSTRONG et al., Defendants, and JOHN TOWNLEY, Appellant. RICHARD E. WRIGHT et al., Respondents, v JOHN TOWNLEY, Appellant, and LARRY D. WRIGHT, Respondent, et al., Defendants. —Appeal unanimously dismissed, without costs. Memorandum: Appellant's present attorneys have not been substituted as attorneys of record and they thus lack standing to make this motion *(Dobbins v County of Erie,* 58 AD2d 733.) Were we to reach the merits we would affirm. (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ STANLEY HOFFMAN et al., Appellants, v NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., Respondent. (Appeal No. 1.)—Order unanimously affirmed, without costs. (See *Niemczyk v Pawlak,* 76 AD2d 84.) (Appeal from order of Erie Supreme Court—Statute of Limitations.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ BRIAN CHROSTOWSKI et al., Appellants, v NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., Respondent. (Appeal No. 2.)—Order unanimously affirmed, without costs. (See *Niemczyk v Pawlak,* 76 AD2d 84.) (Appeal from order of Erie Supreme Court—Statute of Limitations.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Doerr and Moule, JJ.